**AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

I, Matthew H. Manoogian, being duly sworn, do hereby depose and state the following:

1. I am employed as a Special Agent (SA) with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since February 2010. I have completed the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. As a result of my training, I am familiar with the enforcement of the federal firearms, ammunition, and explosive laws.

2. I am currently assigned to the ATF Phoenix Field Division, Tucson Field Office, and am tasked with investigating violent crimes involving firearms. I also assist the Tucson Police Department (TPD) Gun Crimes Unit, a part of the TPD Special Investigations Section. Before my employment with ATF, I was employed as a Contracts Specialist with American Tower Corporation in Boston, Massachusetts.

3. During my tenure with the ATF, I have participated in numerous investigations that involved possession of firearms and ammunition by prohibited persons, straw purchases (buying firearms on behalf of other persons who themselves are prohibited from purchasing and possessing firearms), interstate and international firearms trafficking, and unlicensed dealing of firearms.

4. The facts in this affidavit come from my personal observations, training, experience, and information obtained from other special agents, officers, detectives, and sources. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Pursuant to Title 18, United States Code, Section 3051, I am empowered to enforce criminal laws of the United States. As a result of my training and experience, I am familiar with federal laws including Title 18, United States Code, Section 922(a)(1)(A), which states, "It shall be unlawful for any person, except a licensed importer, licensed manufacturer, or licensed dealer, to engage in the business of importing, manufacturing,

or dealing in firearms, or in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce."

6. Per Title 18 United States Code, Section 921(a)(21)(C), a dealer in firearms is defined as "a person who devotes time, attention, and labor to dealing in firearms as a regular course of trade or business with the principal objective of livelihood and profit through the repetitive purchase and resale of firearms."

7. I know that individuals that participate in unlicensed dealing of firearms engage in the business for profit. As a result, they often conduct their unlicensed dealing out of their residences rather than investing capital in a commercial lease.

8. In addition, unlicensed dealers of firearms acquire their inventories from firearms dealers licensed by ATF and the secondary market via private sales and trades. They re-sell these same firearms at an increased price, regardless of whether or not they alter the function or appearance of these firearms.

9. I also know that unlicensed dealers advertise and sell their firearms on a variety of platforms, such as firearm auction sites or social media sites.

10. This affidavit is made in support of an application for a search warrant for the following website, more fully described in Attachment A.

    **Records relating to Matthew HASKINS in the possession of Square, Inc., a financial services company located at 1455 Market Street, Floor 6, San Francisco, CA 94103.**

11. There is probable cause to believe that records and information maintained by Square, Inc., will contain evidence of unlicensed dealing of firearms by Matthew HASKINS in violation of Title 18, United States Code, Section 922(a)(1)(A).

## INFORMATION ABOUT SQUARE, INC.

12. Square, Inc. is an American financial services, merchant service aggregator, and mobile payment company. It offers several products, including the Square Point of Sale ("POS") app that can be installed on smartphones, including iPhones and Androids. Square POS allows users to receive payments via invoice, online, or over the phone. It also enables users to sell products remotely, online, and over the phone, and to engage with customers via email.

13. Square requires a potential user to register an email and username, and to agree to its Terms and Conditions, to begin the registration process.

## HISTORY AND FACTS OF INVESTIGATION

14. On February 18, 2020, Matthew HASKINS purchased one Bond Arms model Ranger .45 caliber semi-automatic pistol (serial number 150985) from Guns & Gold Pawn, a federal firearm license (FFL) located at 11697 North Casa Grande Highway, Rillito, Arizona.

15. On February 25, 2020, HASKINS purchased two Glock model 22 .40 caliber semi-automatic pistols (serial numbers YDM743 and YDM751) from 10 Buck Transfers, an FFL located at 4091 West Lake Echo Road, Tucson, Arizona.

16. On March 11, 2020, HASKINS purchased two Glock model 19 9mm semi-automatic pistols (serial numbers VKY929 and ZFT875) and one Glock model 42 .380 caliber semi-automatic pistol (serial number ACEY386) from Guns & Gold Pawn.

17. On March 19, 2020, HASKINS purchased one DPMS model A-15 5.56mm semi-automatic rifle (serial number FFA047718), one Brigade model AR .300 Blackout caliber semi-automatic rifle (serial number BM-00160), and one E3 Arms model Omega 15 multi-caliber lower receiver (serial number A113999) from Guns & Gold Pawn.

18. On March 21, 2020, HASKINS purchased one Glock model 35 Gen 4 .40 caliber semi-automatic pistol (serial number TRK934), and four Glock model 22 Gen 4 .40 caliber

semi-automatic pistols (serial numbers PRD974, BGKU260, BGKU257, and AANZ719) from 10 Buck Transfers.

19. On March 25, 2020, HASKINS purchased one Glock model 17C Gen 4 9mm semi-automatic pistol (serial number ACZD930), and one Glock model 27 .40 caliber semi-automatic pistol (serial number HEY855) from 10 Buck Transfers.

20. On March 26, 2020, HASKINS purchased one FN model FiveseveN 5.7x28mm semi-automatic pistol (serial number 386356908), one Glock model 23 Gen 4 .40 caliber semi-automatic pistol (serial number 196-396), and two Glock model 22 Gen 4 .40 caliber semi-automatic pistols (serial numbers 196-321 and 196-352) from 10 Buck Transfers.

21. On March 30, 2020, HASKINS purchased one Glock model 22 Gen 4 .40 caliber semi-automatic pistol (serial number WHV537) from 10 Buck Transfers.

22. On March 31, 2020, HASKINS purchased five Glock model 22 Gen 4 .40 caliber semi-automatic pistols (serial numbers 196-367, 196-285, 196-276, 196-328, and 196-323), one Glock model 23 Gen 4 .40 caliber semi-automatic pistol (serial number 196-375), and one Glock model 21 .45 Auto caliber semi-automatic pistol (serial number NHM155) from 10 Buck Transfers.

23. On April 1, 2020, HASKINS purchased one FN, Model FiveseveN 5.7x28mm semi-automatic pistol (serial number 386386928) from 10 Buck Transfers.

24. On April 6, 2020, HASKINS purchased one SCCY model CPX-2 9mm semi-automatic pistol (serial number 874195) from 10 Buck Transfers.

25. On April 16, 2020, HASKINS purchased five Glock model 22 Gen 4 .40 caliber semi-automatic pistols (serial numbers VGM011, VGM059, VBV587, VBV597, and VBV598) from FFL 1st Line of Defense. 1st Line of Defense was formerly 10 Buck Transfers, and there was no change in ownership or location.

26. On April 18, 2020, HASKINS purchased two Glock model 27 Gen 4 .40 caliber semi-automatic pistols (serial numbers ZAT981 and ZAT972) from 1st Line of Defense.

27. On April 21, 2020, I contacted ATF Industry Operations Investigator ("IOI") Alicia Lopez. ATF Industry Operations supports ATF's regulatory mission by working directly with federal licensees to ensure their compliance with firearms and explosives regulations. IOI Lopez searched the ATF Federal Licensing System (FLS) for HASKINS. The ATF FLS is a database that tracks licenses issued by ATF, and is managed by the Federal Firearms Licensing Center (FFLC). Said search yielded negative results, meaning that HASKINS was not licensed by ATF to sell firearms.

28. On April 22, 2020, Tucson Police Department Gun Crime Reduction Unit Sergeant Kerlin and I conducted an audio recorded interview of HASKINS at his home address, 8877 North Joanna Drive, Tucson, Arizona. I obtained this address from ATF Multiple Sale Summaries generated in connection with HASKINS' firearm purchases. An ATF Multiple Sale Summary is generated when a non-licensee (non-FFL) purchases two or more firearms during a period of five consecutive business days. These forms include the firearms purchased, the FFL that sold the firearms, and information about the purchaser, including his/her residential address.

29. Sgt. Kerlin and I initially contacted HASKINS after he came out of his townhome, and talked to him through the security door which led to a small common area in the middle of a cluster of townhomes.

30. When I mentioned HASKINS' recent firearm purchases, HASKINS replied, "Yeah, I do laser engraving."

31. I asked HASKINS if he had been in touch with ATF's Industry Operations about obtaining an FFL. HASKINS said he wanted to pursue an FFL, but stated it was a "weird time" (presumably due to the current COVID-19 pandemic). I informed HASKINS that Industry Operations personnel was still available, and that it was "probably a good idea" that HASKINS contact them.

32. HASKINS said that he obtained the money to purchase the firearms by selling his coin collection during 2017 and 2018. HASKINS said he profited roughly $250,000.00 from online coin sales.

33. Sgt. Kerlin and I did not enter HASKINS' residence but did look into the kitchen and observed several Glock pistol boxes on a table. HASKINS also had his engraving machine, a vice, and a laptop set up in a covered porch area. HASKINS showed Sgt. Kerlin and me the frame of a pistol that he used as a practice canvas while learning various engraving techniques and designs. HASKINS also showed Sgt. Kerlin and me photographs on his phone of finished products, such as a skull design and a Louis Vuitton design.

34. HASKINS admitted to selling some of the firearms he purchased via private sale on Armslist.com, a classified advertisement website dedicated to the sales of firearms and firearms accessories.

35. I asked HASKINS whether he sold some of the firearms he purchased in 2020 on Armslist.com. HASKINS answered in the affirmative, and then asked, "That's not ok, or...?" I told HASKINS, "It's not illegal per se, but if you're going to hold yourself out as a business, and sell firearms, and use that money...like an income, you need to get an FFL." I added that HASKINS could potentially be charged for dealing firearms without a license for such conduct.

36. I also told HASKINS that as an FFL, he could conduct background checks on prospective buyers to protect himself from selling firearms to a prohibited possessor of firearms. As a private seller, HASKINS would likely be unable to conduct such background checks.

37. I asked HASKINS to estimate the amount of private sales he conducted. HASKINS answered, "Quite a few." HASKINS said he had the receipts and would provide ATF a list of buyers. At this point I provided my ATF business card to HASKINS, which contained my ATF email address.

38. I then told HASKINS that if he was going to continue his activities, to "absolutely get an FFL." HASKINS then said that he had the FFL paperwork on his table, but was not sure if he could apply for it during the COVID-19 pandemic.

39. HASKINS then showed Sgt. Kerlin and me some videos of his engraving work on pistols and firearms magazines.

40. I informed HASKINS that I had spoken to ATF IOI Lopez, and that she or another IOI could assist HASKINS in the FFL application process. I cautioned HASKINS that it could be problematic if he were to continue to sell firearms without an FFL, and those firearms were subsequently recovered in crimes or trafficked. I added that such activity could reflect unfavorably on any future FFL application. I told HASKINS, with regard to his private firearms sales, "I would put the brakes on it now. Period."

41. HASKINS said he utilizes GunBroker.com, an auction website based in Atlanta, Georgia, that specializes in the sale of firearms and firearms-related items. He then stated that "Cosmo" (Recuparo of 10 Buck Transfers/1st Line of Defense) offered to transfer HASKINS' firearms into his inventory, and then transfer them to other FFLs. HASKINS asked, "Is that ok to still do online through him as an FFL?" I replied, "Yeah, if they're going to pay you...and you want to give [the guns] to an FFL where there's going to be a background check involved, that's totally up to you."

42. HASKINS asked about the timeline for processing an FFL application. I answered that I was unsure of the timeframe.

43. I then told HASKINS to be honest in any future discussions with ATF's regulatory personnel, and let them know that "they said [he] needs to get a license."

44. In addition, I informed HASKINS that prior to the interview, I requested that ATF IOI Lopez search for HASKINS in the FLS database to see if he had an active FFL or applied for one. I added, "That probably would've been the difference between me coming here or not."

45. I told HASKINS, "I wouldn't sell online anymore without any background checks." I later stated, "It's still better to get your FFL...."

46. Toward the end of the interview, I told HASKINS, "Get your FFL, call me with any questions, and then just email me that list of [buyers]...." HASKINS replied, "I will absolutely get everything submitted immediately." I again told HASKINS to obtain an FFL.

47. HASKINS then informed me that he had recently been paid for the sale of a firearm, but arranged the transfer to be conducted by 10 Buck Transfers, an existing FFL. I replied, "Alright, good, that's fine."

48. Prior to departing, I offered to put HASKINS in touch with IOI Lopez. HASKINS stated that he knew he had to get fingerprinted in furtherance of his FFL application, and inquired as to whether local police stations were still open for such services.

49. At approximately 9:12 a.m. on April 23, 2020, I received an email from "Gun Crazy 2.0 & MORE" using the email address haskinsmatt11@gmail.com, with the subject heading of "Glock List." The body of the email read as follows:

> Good morning sorry for the delay on the list. Here is the information I can get sorry a lot are just name and numbers. Many times I just check their ID when I would sell one to make sure they are a resident and of legal age so I don't have a real good system of keeping track.
>
> John Montano - 520-979-7634 - 3980 W Linda Vista Blvd
>
> Jaylin Perez – 5202456435
>
> Dont remember this guys name but he has gotten a few (He was trying to get his CCW so I know he was good) - 520-783-1933 (old number 3234535386)
>
> Fabio (he's Pinal Sheriff) – 5742021029
>
> Chris Williams - 5205105303 & 5208407060 - 6603 N Cherry Blossom Rd
>
> Another Guy I cant remember the name (Im bad with names) - 520-339-5797

These people are friends with the previous person and I sold him and his Girlfriend each a custom made glock - 5202735411 (Think this is the GFs number)

Cody – 5209906605

Hector – 6823042233

Carlos 7024275631 (From phoenix)

Rafael 6026702394 (from Phoenix as well)

If i think of any more or can get more information I will gladly do it, I know its hard with just phone numbers. I getting everything ready to file the FFL paperwork, I really want to make this into something real. Thanks again for being nice yesterday if you have anymore questions feel free to ask.

Thanks Matt - Defiant Industries - 520-437-9012.

50.   Later that same day, at approximately 9:56 a.m., I replied with the following message:

Thank you, Matt.   I figured it would take you a bit to compile the info.

At this point, it's vital to provide us as much info as possible, as these are a significant amount of unlicensed sales.  However, I am willing to work with you.

Please provide any correspondence with these individuals, such as emails or text conversations.  You can scan them, or print them out, and I can pick them up.  If you can screenshot the texts if you still have them, my number is 520-780-6584, and on the business card I gave you yesterday.  The more info we have makes it easier for us to identify them, as some individuals utilize phones in the names of other people.

Also, do you have records of what firearms were sold to each of the people you told me about?

In addition, can you confirm that these were private sales, and not through an FFL, i.e. no background checks?  If they all were, then fine, but please be honest.

Please reach out if you have questions.

Thank you!

51. At approximately 11: 21 a.m. on the same, day, HASKINS replied:

> Yeah these were private sales I have dealt with this year. I didn't know this was an issue because everyone had told me private sales are okay here. I'll go through and start getting some of the conversations I have together for you. I'll see what serial numbers I can get together as well because I take lots of pictures which a lot of times have the serial number in them. And I'm not selling anything else right now unless it goes through an FFL.

52. On April 27, 2020, I sent HASKINS an email that contained additional questions and requests for more information about the individuals to whom he sold firearms. Using the list of buyers HASKINS initially sent me on April 23, 2020 (discussed in paragraph 51), I typed my questions and requests in red font next to some of the individuals HASKINS had identified, and advised, "Please see my comments below in red." HASKINS replied the following day with his answers. The body of the email is below, and includes HASKINS' replies to my follow-up questions and requests. (For the purposes of the affidavit, my questions and requests are in italics rather than red font.)

> Good morning sorry for the delay on the list. Here is the information I can get sorry a lot are just name and numbers. Many times I just check their ID when I would sell one to make sure they are a resident and of legal age so I don't have a real good system of keeping track.
>
> John Montano - 520-979-7634 - 3980 W Linda Vista Blvd *Please describe him* (apartment 2106, older gentleman with his son prolly in 60s atleast driving truck) (Glock serial# 196-285 G22)
>
> Jaylin Perez - 5202456435

Dont remember this guys name but he has gotten a few (He was trying to get his CCW so I know he was good) - 520-783-1933 (old number 3234535386)

Fabio (he's Pinal Sheriff) - 5742021029

Chris Williams - 5205105303 & 5208407060 - 6603 N Cherry Blossom Rd

Another Guy I cant remember the name (Im bad with names) - 520-339-5797

These people are friends with the previous person and I sold him and his Girlfriend each a custom made glock - 5202735411 (Think this is the GFs number) *Please describe the boyfriend.* (Boyfriend is a Hispanic maybe late 20s average build, driving a newer Chevy truck lifted)

Cody – 5209906605 *Describe him.* (You get make in his mid 20s prolly, maybe half white half Hispanic, and I believe he is Hectors (below) cousin) (Glock WHV-537 G22 American Flag Pattern)

Hector - 6823042233

Carlos 7024275631 (From phoenix)

Rafael 6026702394 (from Phoenix as well) *Was this guy a male in his 60s?* (Yes he was a gentle man in his 60s with facial hair I'm pretty sure driving a motorcycle)

If i think of any more or can get more information I will gladly do it, I know its hard with just phone numbers. I getting everything ready to file the FFL paperwork, I really want to make this into something real. Thanks again for being nice yesterday if you have anymore questions feel free to ask.

Thanks Matt - Defiant Industries - 520-437-9012


53. On June 5, 2020, HASKINS purchased one Glock model 26 Gen 5 9mm semi-automatic pistol (serial number ADKD749), one Glock model 23 .40 caliber semi-automatic pistol

(serial number XKC618), and one Glock model 27 .40 caliber semi-automatic pistol (serial number EEA815) from Guns & Gold Pawn.

54. On June 12, 2020, HASKINS purchased three Glock model 17 9mm semi-automatic pistols (serial numbers NDZ369, NDZ378, and MUG758) and two Glock model 17 Gen 4 9mm semi-automatic pistols (serial numbers BGAH770 and BEAS617) from 1st Line of Defense.

55. On June 24, 2020, HASKINS purchased one Kriss USA model VECTOR 9mm semi-automatic pistol (serial number 919P009819) from 1st Line of Defense.

56. On July 23, 2020, HASKINS purchased one DRD Tactical model CDR-15 5.56mm semi-automatic rifle (serial number 0257) and one Glock model G20SF 10mm semi-automatic pistol (serial number BKGR754) from Guns & Gold Pawn.

57. On July 30, 2020, HASKINS purchased one Sig Sauer model 1911 Scorpion .45 caliber semi-automatic pistol (serial number 54E042079) from Guns & Gold Pawn.

58. On August 3, 2020, at my request, ATF IOI Lopez conducted multiple searches of the FLS using HASKINS' first and last names, his complete name including his middle name, his Social Security number, and his home address. All of the searches were negative, confirming that HASKINS was not licensed by ATF to sell firearms.

59. On August 12, 2020, I checked the Electronic Tracing System ("E-Trace") for any firearms traces attributed to HASKINS. E-Trace is an internet system that allows law enforcement agencies to submit firearms traces to the ATF National Tracing Center. When a law enforcement agency recovers a firearm, it submits a trace by entering information such as the make, model, serial number, caliber, and importer of the firearm; as well as information about the crime such as the alleged possessor of the firearm and its recovery location; into E-Trace. This enables law enforcement to trace the firearm from the manufacturer or importer through the distribution chain to the original retailer and purchaser. I located two traces from 2020 wherein HASKINS was the original purchaser of the firearms.

a. According to ATF Trace Number T20200192648, on May 5, 2020, the Tucson Police Department recovered a Glock model 27 .40 caliber semi-automatic pistol (serial number HEY855) in connection with TPD case number 2005050193. In that case, TPD officers seized the firearm from an individual named Daniel Baez for safekeeping, as Baez was suicidal and allegedly pointed the firearm at his head. HASKINS purchased this firearm from 1st Line of Defense on March 26, 2020. The time to crime - the period from the firearm's first retail sale to the date law enforcement recovered the firearm - was 40 days. TPD Sgt. Kerlin sent me a photograph of the firearm allegedly recovered from Baez. The photograph depicts a Glock pistol with roses engraved on the firearm.

b. According to ATF Trace Number T20200300105, on July 22, 2020, the Glendale (Arizona) Police Department (GPD) recovered a Glock model 17 Gen 4 9mm semi-automatic pistol (serial number BGAH070) in connection with GPD case number I20092912. In that case, GPD officers GPD recovered the firearm during a search warrant at a Phoenix residence in connection with a homicide investigation   HASKINS purchased this firearm from 1st Line of Defense on June 12, 2020. The time to crime was 40 days. GDP Detective Gellman emailed me four photographs of the firearm from their case number I20092912. These photographs depict a Glock pistol bearing serial number BGAH070, with paisley engravings on the slide and an engraving of a female with a skull and bones tattoo along the grip.

60. On August 15, 2020, HASKINS purchased one Glock model 19 Gen 4 9mm semi-automatic pistol (serial number YHH920), one Glock model 23 Gen 4 .40 caliber semi-automatic pistol (serial number RWA827), and two Glock model 22 Gen 4 .40 caliber semi-automatic pistols (serial numbers RMZ027 and RMZ030) from 1st Line of Defense.

61. On August 18, 2020, I requested that ATF IOI Lopez query the FLS for Defiant Industries. Defiant Industries is the organization believed to be operated by HASKINS, through which he showcases and advertises engraved firearms, based upon HASKINS' email signature which reads, "Thanks Matt - Defiant Industries - 520-437-9012" (as

discussed in paragraphs 51 and 54). Said search yielded negative results. IOI Lopez located a Defiant Industries LLC in Woodinville, Alabama, that was licensed in 2018 and was not affiliated with Defiant Industries in Arizona or with HASKINS.

62. On August 19, 2020, ATF IOI Lopez searched the FLS using HASKINS' first and last names. Said search yielded negative results.

63. Between August 29, 2020 and September 17, 2020, ATF Special Agent Hannah Fox, while operating in an undercover (UC) capacity, and using an UC smartphone phone, contacted HASKINS via text message at 520-437-9012.

64. SA Fox asked HASKINS if he had an inventory of firearms ready to engrave and sell, or if he made them by order. HASKINS stated he keeps "lots of Glocks in stock so people can pick the design they want with their order." HASKINS further stated he had various Glock handguns in stock. Screenshots of these text messages between SA Fox and HASKINS are included below.



65. SA Fox ordered a Glock model 26 semi-automatic pistol from HASKINS and requested a custom laser engraving. HASKINS asked if SA Fox wanted any extra parts installed on the firearm, and further stated he installs the parts himself. SA Fox declined adding any extra parts to the firearm, and agreed to pay $1,000 for the engraved Glock pistol.

HASKINS stated the firearm would be complete about one week from August 30, 2020. Screenshots of these text messages between SA Fox and HASKINS are included below.



66. HASKINS advised he worked out of his residence and transferred firearms to purchasers through an unnamed FFL. SA Fox asked HASKINS if he would transfer the firearm through a private sale. HASKINS stated, "I do a lot of business so this keeps the ATF off my butt." A screenshot of these text messages between SA Fox and HASKINS is included below.



67. SA Fox advised HASKINS that her ID card was expired and she would have to get a new one to transfer through an FFL. HASKINS told SA Fox that the transfer could occur

without the ID card. A screenshot of these text messages between SA Fox and HASKINS is included below.



68. On September 4, 2020, SA Fox contacted HASKINS via text message to inquire about the previously-ordered firearm. HASKINS stated he did not think SA Fox wanted to purchase the firearm. HASKINS advised he needed to collect the money before he started work on the firearm. HASKINS said he collected money through a phone application called Square to keep track of his orders. SA Fox asked if HASKINS would consider taking cash for payment instead. Per a Google.com search, I learned that Square's product line includes Square Cash, which allows users to send and receive money through a mobile application; it also includes Square Point-of-Sale, a free application that allows merchants to process payments via smartphone. A screenshot of these text messages between SA Fox and HASKINS is included below.



69. On September 9, 2020, HASKINS replied to SA Fox via text message and stated he was willing to work with S/A Fox on payment options. A screenshot of these text messages between SA Fox and HASKINS is included below.



70. On September 11, 2020, SA Fox contacted HASKINS via text message and inquired about a timeframe for the firearm. HASKINS did not respond. On September 17, 2020, SA Fox reached out to HASKINS again. HASKINS never responded. A screenshot of these text messages between SA Fox and HASKINS is included below.



71. Also on September 11, 2020, HASKINS purchased two Glock model 43X 9mm semi-automatic pistols (serial numbers BPTX799 and BPPK576) from 1st Line of Defense.

72. On September 14, 2020, HASKINS purchased a Springfield model XDM-9 5.25 9mm semi-automatic pistol (serial number MG854990) and a Springfield model XDS-45 ACP 3.3 .45 ACP semi-automatic pistol (serial number XS564451) from 1st Line of Defense.

73. On September 21, 2020, I captured screenshots of GunBroker.com advertisements posted by Guncrazy2.0. I believe this user to be HASKINS because "Gun Crazy 2.0" was included in the heading of the email HASKINS sent me on April 23, 2020 (discussed in paragraph 51). Also, the advertisements referenced Defiant Industries, which I knew to be affiliated with HASKINS based on his email signature (discussed in paragraphs 51, 54, and 63). Moreover, HASKINS admitted to engraving firearms during the April 22, 2020 interview (discussed in paragraph 32). I also noticed that Guncrazy2.0 advertised four engraved Glock pistols for sale on GunBroker.com, and the ATF Multiple Sale Summaries revealed that HASKINS had previously purchased several Glock pistols. The four advertisements for engraved Glock pistols are described below. Because the advertisements were too large to be captured in a single screenshot, I took two screenshots per advertisement. The screenshots below depict the first or top half of each advertisement, which displays the direct link on GunBroker.com, a featured photograph of the firearm for sale, the seller's profile name, and a link to purchase the firearm. The second (bottom) half of each advertisement contains, among other information, the item number, additional photographs of the firearms for sale (if any), and information about the seller's location, accepted payment methods, and shipping information.

    a. The first advertisement (Item 878180687) depicted a Gucci-engraved Glock pistol with the heading in bold of, "CLEAN – GUCCI Glock 19 G19 Custom GOLD 9 mm Pistol – Defiant Industries." The listed sales price for this firearm was $1,599.99.



b. The second advertisement (Item 878180938) depicted a Versace-engraved Glock pistol with the heading in bold of, "CLEAN – VERSACE Glock 19 G19 Custom GOLD 9 mm Pistol – Defiant Industries." The listed sales price for the firearm was $1,599.99.



c. The third advertisement (Item 877648347) depicted a Mayan calendar-engraved Glock pistol with the heading of, "Custom Defiant Ind. Gen 4 Glock 22 G22 Pistol Aztec Mayan Calender." The listed sales price for this firearm was $800.00.



d. The fourth advertisement (Item 878055959) depicted a USA pride-engraved Glock pistol with the heading of, "Custom Defiant Ind. Glock 22 G22 USA Pride Pistol." The listed sales price for the firearm was $750.00.



74. The Location in each advertisement was listed as "Tucson, AZ 85742." Based on the investigation, I know that HASKINS resides at 8877 North Joanna Drive, Tucson, AZ 85742. Some of the accepted payments included credit cards and money orders.

75. Furthermore, I also captured a screenshot of the feedback and ratings page for user Guncrazy2.0. This page showed that Guncrazy2.0 had been a member of GunBroker.com since June 29, 2019. There was also an A+ rating from user Goshayshop from September 9, 2020, for Item 877379514. A screenshot of this page is included below.



76. On September 21, 2020, I captured selected screenshots from the public Facebook.com and Instagram.com profiles of Defiant Industries (believed to be operated by HASKINS). Facebook and Instagram are both social media and social networking platforms in which users can post text, photographs, and videos, and communicate with other users. Both platforms can be accessed with personal computers, tablets, and smartphones.

77. The Defiant Industries Facebook.com account has the profile name "Defiant Industries" and a Uniform Record Locator (URL) of https://www.facebook.com/DefiantAZ/. A screenshot of the homepage is included below.



78. I clicked on the "About" section of the Defiant Industries Facebook.com profile, which displayed contact information. Defiant Industries listed a phone number of 520-437-9012 and an email address of defiantaz@yahoo.com. In addition, there was a statement that read as follows: "Defiant Industries specializes in Laser Engraving services, laser stippling, frame modifications, and more firearm related work. We can do fully custom Glock builds, AR builds & beyond. DM [direct message] us for more info!" A screenshot of this section is included below.



79. ATF IOI Lopez reviewed the "About" section of the Defiant Industries Facebook.com profile and informed me that HASKINS would need a Type 07 Manufacturer of Firearms License in order to lawfully conduct the operations and activities described therein.

80. I located a photograph posted on February 14, 2020, which depicted the words, "Defiant Industries Custom Laser Engraving and Firearm Builds" written above a suspected black pistol frame. Listed below the suspcted frame were the email address, "Email: DefiantAZ@yahoo.com" and telephone number, "Cell: 520-437-9012." A screenshot of this posting is included below.



81. I also located a photograph posted on July 7, 2020, which depicted a Gucci-engraved Glock pistol with the caption, "The GUCCI GLOCK is finally here! This has been an enormous project, it's 100% with 24K GOLD and Genuine Diamonds. And IT'S Up For Grabs!!! #MessageMe #GUCCI #Glock #Defiant_AZ #9mm # IcedOut #Custom # Lasers." A screenshot of this posting is included below.



82. A user with the profile name of Carlos Cornejo commented to this post, "How much." A user with the profile name of Matt Haskins replied, "Carlos Cornejo gotta message me my friend. FB will ban me." Per the Facebook Help page, "The purchase, sale or trade of firearms, ammunition and explosives between private individuals isn't allowed on Facebook." However, "Firearm shops and online retailers are allowed to engage in commercial activity involving firearms and ammunition on Facebook (example: offering a gun for sale) as long as all applicable laws and regulations are followed."

83. I located an Instagram profile for Defiant Industries with the URL of https://www.instagram.com/Defiant_AZ. The homepage for Defiant Industries showed this profile had 119 posts and 578 followers, and followed 65 other profiles. The Defiant Industries Instagram profile also read, "Defiant Industries (in bold) Defiant Industries specializes in custom laser engraving, Custom Builds, stippling and frame mods on

firearms. Located in NW Tucson, AZ. DM for Info!!" HASKINS' home address of 8877 North Joanna Drive, Tucson, AZ, is in northwest Tucson. A screenshot of this homepage is included below.



84. Because I do not have an Instagram profile, I could not click on the individual posts on the Defiant Industries Instagram page, but was able to scroll down to see some other posts which included engraved pistols, engraved firearms magazines, and engraved handgun boxes. Some of these items were displayed next to Defiant Industries stickers or placards. A screenshot of this page is included below.



85. On September 22, 2020, HASKINS purchased one Glock model 26 9mm semi-automatic pistol (serial number BKWR491) and one Lead Star model Grunt 5.56 caliber semi-automatic pistol (serial number G500305) from 1st Line of Defense.

86. On October 10, 2020 HASKINS purchased two Glock model 43 9mm semi-automatic pistols (serial numbers AEWL356 and BNUE633) and two Glock model 17 Gen 4 9mm semi-automatic pistols (serial numbers TRU719 and TBP819) from 1st Line of Defense.

87. On October 14, 2020, ATF IOI Miranda performed a check of the FLS for HASKINS and Defiant Industries in Arizona. Said search yielded negative results, confirming that HASKINS and Defiant Industries in Arizona were not licensed by ATF to manufacture or sell firearms.

88. On October 15, 2020, I searched the GunBroker.com site for "Defiant Industries" and any firearms advertisements posted under the seller Guncrazy2.0. During this search, I located an advertisement (Item 880519558) that depicted a Gucci-engraved Glock pistol with the heading of, "24K Gold & Diamonds Gucci Glock 19 17 43 48 23 22 43X Versace Louis Vuitton." Five firearms were available, and the listed sales price was $3,000.00 per firearm. A screenshot of this advertisement is included below.



89. Also on GunBroker.com, I noticed a review posted on October 10, 2020, by the user Guardian 24, which read, "*EXCEPTIONAL CUSTOM GLOCK. I surprised my wife w/ this Louis Vuitton G19. We were blown away with the quality & attention to detail! Great Trigger. Worth every $. Matt at Defiant Ind. Is GREAT! A++++++.*" A screenshot of this review is included below.



90. On October 28, 2020, an ATF agent from the Internet Investigations Center (IIC), acting in an undercover capacity, contacted the user of the email account defiantaz@yahoo.com. This email address was obtained from the "About" section of the Defiant Industries public Facebook.com profile. The undercover agent inquired about the cost of an engraved Glock model 19 pistol. Since the agent utilized a Voice over IP (VoIP) telephone number and a Virtual Private Network (VPN) to mask technical data, the agent was locked out of the email account utilized for this initial contact. (Several email providers have been restricting and tightening use parameters due to spam, and it is believed the agent triggered a spam filter, causing the lockout.)

91. Later on the same date, after being locked out of the initial account, the undercover agent sent a second email to initiate contact with the user of defiantaz@yahoo.com. This second email stated:

> Hey a buddy of mine showed me your page when I was out his way and I wanted to what you'd charge for a custom Glock with a design on it.

Looking at the 19. Can I send you something like I want on it or I gotta pick something you already have? Let me know."

The agent did not immediately receive a reply.

92. On November 2, 2020, HASKINS purchased one Ruger model 57 5.7x28mm semi-automatic pistol (serial number 641-498-96) and one Glock model 20 Gen 4 10mm semi-automatic pistol (serial number BPTG262) from Murphy's Gun Shop, an FFL located at 3235 North Country Club Road, Tucson, Arizona, 85716.

93. On November 18, 2020, the IIC agent received an email reply from defiantaz@yahoo.com to the email sent on October 28, 2020 (discussed in paragraph 96). The reply stated, "I jus saw this message because it was in my junk mail are you still interested?" Beneath the body of the message, the signature line included the following contact information:   Matt with Defiant Industries
          Text - 520-437-9012
          Facebook - @DefiantAZ

94. Later that same day, the IIC agent responded to defiantaz@yahoo.com with the following email message: "Hey man yeah I'm still interested. You still got 19's I can customize my design or you got stuff I gotta choose from?"

95. On November 19, 2020, I checked the E-Trace system for any additional firearms traces attributed to HASKINS and located two such traces.
    a. According to ATF Trace Number T20200433937, on October 22, 2020, the Phoenix Police Department (PPD) and Phoenix-based Drug Enforcement Administration (DEA) agents recovered a Glock model 23 .40 caliber semi-automatic pistol (serial number XKC618), with engravings on the frame and slide, during the execution of a search warrant at at 9518 West Kingman Street, Phoenix, Arizona, in connection with a narcotics investigation in PPD case number 202000001725107.   HASKINS purchased this firearm from Guns & Gold Pawn on June 5, 2020.  The time to crime was 139 days.

b. According to ATF Trace Number T20200437443, on October 23, 2020, PPD recovered a Glock model 27 Gen 4 .40 caliber semi-automatic pistol (serial number ZAT981), with Louis Vuitton engravings, in a blue Chevrolet Tahoe during the execution of a search warrant in connection with an aggravated assault investigation in PPD case number 202000001738717. HASKINS purchased this firearm from 1st Line of Defense on April 18, 2020. The time to crime was 188 days.

96. On November 20, 2020, HASKINS purchased one Glock model 17L 9mm semi-automatic pistol (serial number RXA555), one Glock model 22 .40 caliber semi-automatic pistol (serial number HET762), and one Glock model 29 Gen 4 10mm semi-automatic pistol (serial number BNTG936) from Murphy's Guns.

97. On November 20, 2020, HASKINS purchased one Glock model 17L 9mm semi-automatic pistol (serial number RXA555), one Glock model 22 .40 caliber semi-automatic pistol (serial number HET762), and one Glock model 29 Gen 4 10mm semi-automatic pistol (serial number BNTG936) from Murphy's Guns.

98. On December 14, 2020, ATF IOI Lopez queried the FLS for HASKINS using his name, social security number, and home address, and for Defiant Industries in Arizona. The aforementioned queries yielded negative results, confirming that neither HASKINS nor Defiant Industries in Arizona is licensed by the ATF to sell or manufacture firearms.

99. On December 20, 2020, your affiant checked the Defiant Industries public Facebook profile page (profile name Defiant Industries and URL https://m.facebook.com/DefiantAZ) and noted that on December 5, 2020, Defiant Industries posted the photograph of a Louis Vuitton-engraved Glock pistol along with two magazines with gold base plates. The caption states, "Such a Beauty Message me for info. #defiant_az #1stlod #lv #glock #glocknation #gucciglock #art #artist #laser." A screenshot of this posting is included below.



100.    I understood "#1stlod" within the aforementioned caption to be the hashtag for 1st Line of Defense, an FFL from which HASKINS purchased several firearms, as discussed herein. Therefore, I checked the 1st Line of Defense mobile website, https://www.1stlod.com/, and noted that under the Frequently Asked Questions (FAQs) section, there was a question that read, "Do you do custom stippling/engraving?" The response read, "We do not do stippling/laser engraving, however, a good buddy of our's Matt at Defiant AZ does. Check out his IG page at: @defiant_az." A screenshot of this section is included below. I could not find the FAQ section on the 1st Line of Defense desktop website. However, a Google.com search of "1st Line of Defense Oro Valley" revealed a message from 1st Line of Defense that read, in part, "Answers to Frequently Asked Questions (FAQs) can be found on our website, but if you need anything else, feel free to contact us via email."



101. On December 8, 2020, Defiant Industries posted a photograph of a Wonder Woman-themed Glock pistol with a weapon-mounted light on its public Facebook.com profile. The caption read, "Just look at this Beaty that went out recently 📩 Message Us For Details. #wonderwoman #glock #laserengraving #custom #defiant_az." A screenshot of this post is included below.



102.    Another Facebook.com user with the profile name Joshua Todd commented on the Defiant Industries Facebook post for the Wonder Woman-themed Glock pistol. The comment read, "**Chris** this is the company I was talking about and the guy. Matt here does some outstanding works of art." Screenshots from the desktop and mobile sites are included below. (The screenshot of the desktop site did not capture the comment in its entirety.)



103.    On December 17, 2020, ATF Special Agent Alexander Tisch, acting in an undercover capacity, attempted to contact HASKINS via Facebook messenger and arrange a firearm sale. As of the date of this affidavit, SA Tisch has not received a response.

104.    On December 18, 2020, SA Tisch attempted to contact HASKINS via an email to Defiantaz@yahoo.com. As of the date of this affidavit, SA Tisch has not received a response.

105.    On December 21, 2020, SA Tisch attempted to contact HASKINS via a text message to (520) 437-9012. As of the date of this affidavit, SA Tisch has not received a response.

106.    On January 8, 2021, the ATF Internet Investigations Center agent who email HASKINS on October 28, 2020 (discussed in paragraphs 93 and 94 herein) viewed an email from defiantaz@yahoo.com that read, "So I can make any custome design just about, or you can pick something you like from my Instagram and start there."

107.    On January 14, 2021, ATF IOI Miranda checked the FLS for HASKINS and Defiant Industries in Arizona. Said results were negative, confirming that HASKINS is not licensed by the ATF to sell firearms.

108.    On November 24, 2020, I sent a preservation request to Square, Inc. On January 15, 2021, I sent a subsequent request to extend the deadline for service of legal process to April 24, 2021.

109.    I anticipate executing the search warrant requested herein under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A), by using the warrant to require Square, Inc., to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.


## CONCLUSION

110.    This investigation has revealed that HASKINS has purchased at least 82 firearms between February 18, 2020, and January 17, 2021, a period of eleven months.

111.    Based on the above facts, I respectfully submit there is probable cause that Matthew HASKINS has engaged in the business of dealing in firearms in violation of Title 18, United States Code, Section 922(a)(1)(A), by devoting time, attention, and labor to dealing in firearms as a regular course of trade or business with the principal objective of livelihood and profit through the repetitive purchase and resale of firearms.

112.    Based upon the above facts, I respectfully submit there is probable cause that records and information maintained by Square, Inc., will contain evidence of violations of Title 18, United States Code, Section 922(a)(1)(A) by Matthew HASKINS, and his company, Defiant Industries.

## REQUEST FOR SEALING

113.    I further request that the Court order that all papers in support of this application, including the affidavit, search warrant, and attachments, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

## REQUEST FOR NON-DISCLOSURE

114.    I submit that there is reason to believe that notification of the existence of the requested search warrant would seriously jeopardize the investigation by allowing for flight from prosecution, tampering with evidence, intimidation of witnesses, and/or endangering the safety of any person. I therefore request that the Court order that Square, Inc., shall not disclose the existence of the search warrant to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court.

I declare under penalty and perjury that the foregoing is true and correct to the best of my knowledge.

MATTHEW MANOOGIAN
Digitally signed by MATTHEW MANOOGIAN
Date: 2021.01.29 10:52:24 -07'00'

Matthew H. Manoogian
Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed to me telephonically in Tucson, Arizona, on this 29th day of January 2021.

Honorable D. Thomas Ferraro
United States Magistrate Judge