☒ FILED  ☐ LODGED

**Jan 14 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

SEARCH WARRANT RETURN (REV 01-13)

# RETURN

Case No.: 21-04278MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/29/2021 | 1/29/2021; 3:00 PM | |

**INVENTORY MADE IN THE PRESENCE OF**

Uploaded to Square, Inc.'s Law Enforcement Portal

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Excel Spreadsheets received via email that contain

- Account information
- Display Name
- Alias History
- Bank Account Information
- Device Information
- Payment & Transaction Information

for Matthew Hoskins & Defend AZ

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/14/2022

_____
Executing Officer's Signature

Matthew H. Manougian, ATF S/A #5183
Printed Name and Title